JS-6
Note Changes by Court

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREATIVE PHOTOGRAPHERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> LINE FINANCIAL, PBC, <br><br> Defendant. | Case No. 2:23-cv-05419-JFW-RAOx <br> *Hon. John F. Walter Presiding* <br><br> **JUDGMENT** |

For good cause shown, it is hereby ORDERED, ADJDUGED, and DECREED that:

A Judgment in the amount of $64,491.00 is hereby entered against Defendant Line Financial, PBC and in favor of Plaintiff Creative Photographers, Inc., along with interest in the amount prescribed by statute.

IT IS SO ORDERED.

Date October 6, 2023    By: _____
Hon. John F. Walter
United States District Judge