Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Benjamin F. Tookey (SBN 330508)
btookey@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREATIVE PHOTOGRAPHERS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>LINE FINANCIAL, PBC, et al.,<br><br>Defendants. | Case No. 2:23-cv-05419-JFW-RAO<br><u>Hon. John F. Walter Presiding</u><br><br>**JOINT REPORT REGARDING SETTLEMENT** |

    Pursuant to this Court's Order (Dkt. 36), Plaintiff Creative Photographers, Inc. and Defendant Line Financial, PBC hereby submit this joint report regarding settlement.

    The parties conducted a half-day mediation with private mediator Greg Victoroff. The parties did not reach a settlement at mediation. The parties have not yet engaged in any further settlement discussions or negotiations.

|   |   |   |   |
|---|---|---|---|
|   |   |   | Respectfully submitted, |
| Dated: March 29, 2024 |   | By: | */s/ Stephen M. Doniger* |
|   |   |   | Stephen M. Doniger, Esq. |
|   |   |   | Benjamin F. Tookey, Esq. |
|   |   |   | DONIGER / BURROUGHS |
|   |   |   | *Attorneys for Plaintiff* |
| Dated: March 29, 2024 |   | By: | */s/ Morgan E. Pietz* |
|   |   |   | Morgan E. Pietz (SBN 260629) |
|   |   |   | morgan@pstrials.com |
|   |   |   | PIETZ & SHAHRIARI, LLP |
|   |   |   | 6700 S. Centinela Avenue, 2nd Floor |
|   |   |   | Culver City, CA 90230 |
|   |   |   | Telephone: (310) 424-5557 |
|   |   |   | Facsimile: (310) 597-4626 |
|   |   |   | *Attorney for Defendant* |

Pursuant to Civil L.R. 5-4, the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.