1  Stephen M. Doniger (SBN 179314)
   stephen@donigerlawfirm.com
2  Benjamin F. Tookey (SBN 330508)
   btookey@donigerlawfirm.com
3  DONIGER / BURROUGHS
4  603 Rose Avenue
   Venice, California 90291
5  Telephone: (310) 590-1820
6  *Attorneys for Plaintiff*

7
                   **UNITED STATES DISTRICT COURT**
8                  **CENTRAL DISTRICT OF CALIFORNIA**
9

| CREATIVE PHOTOGRAPHERS, INC., | Case No. 2:23-cv-05419-JFW-RAO |
|---|---|
| Plaintiff, | <u>Hon. John F. Walter Presiding</u> |
| vs. | **JOINT REQUEST TO CONTINUE DEADLINE TO REOPEN ACTION** |
| LINE FINANCIAL, PBC, et al, | |
| Defendants. | |

- 1 -
JOINT REQUEST TO CONTINUE

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Creative Photographers, Inc., and Defendant Line Financial, PBC, hereby jointly request that the Court continue the deadline to reopen this action as follows:

WHEREAS, Plaintiff filed a notice of settlement concerning this agreement on May 15, 2024 (Dkt. 43), advising the Court that "the parties have reached a settlement in principle of the action. However, because the parties are still negotiating settlement terms, they have not yet finalized or executed a written settlement agreement nor consummated any settlement. Accordingly, Plaintiff Creative Photographers, Inc. respectfully requests that the Court take all dates off calendar and set a date in 45 days for the parties to file a joint status report if the case has not already been dismissed.";

WHEREAS, the Court issued an Order of Dismissal (Dkt. 44) dismissing this case without prejudice subject to either party reopening the action if the settlement is not consummated by July 1, 2024;

WHEREAS, the parties are still in the process of performing under the terms of the settlement agreement, with full performance to be completed by September 1, 2024;

WHEREAS, the Parties agree that, as a result, it best serves the interests of judicial economy and efficiency not to reopen the case at this time, but rather to provide additional time for the parties to fully perform the obligations required of them under the agreement and then file the appropriate dismissal once those obligations are completed by September 1, 2024;

THERFORE, the Parties respectfully request that this Court continue the deadline to reopen or dismiss this case to September 15, 2024.

| | | | |
|---|---|---|---|
| Dated: July 18, 2024 | | By: | */s/ Stephen M. Doniger* |
| | | | Stephen M. Doniger, Esq. |
| | | | Benjamin F. Tookey, Esq. |
| | | | DONIGER / BURROUGHS |
| | | | *Attorneys for Plaintiff* |
| Dated:  July 18, 2024 | | By: | */s/ Morgan E. Pietz* |
| | | | Morgan E. Pietz, Esq. |
| | | | PIETZ & SHAHRIARI, LLP |
| | | | *Attorneys for Defendant* |

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.